UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THI MEDICAL, S.A.C., <br><br>       Plaintiff, <br><br>       v. <br><br>PPE SOLUTIONS GROUP, LLC, et. al. <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) )  Case No. 1:21-cv-03979 |

**DEFENDANTS PPE SOLUTIONS GROUP, LLC'S, KYLE BARNETTE'S, YOHAN PARK'S AND JPJD2020 LLC'S JOINT MOTION TO COMPEL ARBITRATION OR, IN THE ALTERNATIVE, STAY PROCEEDINGS**

Defendants PPE Solutions Group, LLC, Kyle Barnette, Yohan Park and JPJD2020 LLC, by and through undersigned counsel, respectfully move this Court for an Order compelling Plaintiff to arbitrate all claims in the above-captioned matter against these defendants or, in the alternative, stay proceedings. The support for this Motion is contained in the contemporaneously filed Memorandum of Law.

Dated: June 30, 2021              Respectfully submitted,

                                  /s/ Kerry Brainard Verdi
                                  Kerry Brainard Verdi, Esq.
                                  VERDI & OGLETREE PLLC
                                  1325 G Street, NW, Suite 500
                                  Washington, DC 20005
                                  Telephone: (202) 449-7703
                                  Facsimile: (202) 449-7701
                                  kverdi@verdiogletree.com

                                  *Counsel to Defendants PPE Solutions, Kyle Barnette, JPJD2020, and Yohan Park*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon all parties of record by filing in the Court's electronic filing system this 30th day of June, 2021.

                                  */s/ Kerry Brainard Verdi*
                                  Kerry Brainard Verdi