UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THI MEDICAL, S.A.C.,
                        Plaintiff,

-against-

PPE SOLUTIONS GROUP, LLC et al.,
                        Defendants.
------------------------------------------------------------X

21 Civ. 3979 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, Defendants PPE Solutions Group LLC, Kyle Barnette, Yohan Park and JPJD2020 LLC (collectively, the "Moving Defendants") move to compel arbitration or in the alternative, to stay proceedings (the "Motion").

    WHEREAS, the Moving Defendants' memorandum in support of the Motion states that, as required by the Individual Rules, counsel for the parties corresponded as to the relevant authorities underlying the Motion. Accordingly, it is hereby

    **ORDERED** that by **July 22, 2021**, Plaintiff shall file any opposition to the Motion. By **July 29, 2021**, the Moving Defendants shall file any reply. All submissions shall be per the Individual Rules.

Dated: July 1, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**