UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                              :
THI MEDICAL, S.A.C.,                          :
                              Plaintiff,      :     21 Civ. 3979 (LGS)
                                              :
              -against-                       :     ORDER
                                              :
PPE SOLUTIONS GROUP, LLC et al.,              :
                              Defendants.     :
------------------------------------------------------------X

WHEREAS, the initial pre-trial conference in this matter is scheduled for July 8, 2021, at 11:00 a.m.

WHEREAS, pursuant to the Individual Rules, the parties were required to file a joint letter and proposed case management plan by July 1, 2021.

WHEREAS, the parties did not their joint letter and proposed case management plan. Accordingly, it is hereby

**ORDERED** that, if Plaintiff is in communication with Defendants, the parties shall file the joint letter and proposed case management plan as soon as possible and no later than **noon on July 6, 2021**. If Defendants refuses to cooperate in the preparation of these documents, Plaintiff shall prepare and file them. If Plaintiff is not in communication with Defendants, as soon as possible and no later than **noon on July 6, 2021**, Plaintiff shall file a letter (i) summarizing its efforts to contact Defendants and (ii) requesting adjournment of the initial pretrial conference.

Dated: July 2, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**