UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THI MEDICAL, S.A.C.,
                                Plaintiff,          21 Civ. 03979 (LGS)

          -against-                        ORDER

PPE SOLUTIONS GROUP, LLC, et al.,
                              Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, there is an initial pretrial conference and a Show Cause hearing scheduled for September 16, 2021, at 11:00 a.m.  It is hereby

      **ORDERED** that the initial pretrial conference and Show Cause hearing scheduled for September 16, 2021, at 11:00 a.m., are adjourned to **September 16, 2021, at 11:15 a.m**, on the following conference line: 888-363-4749, Access Code: 558-3333.

Dated: September 14, 2021
       New York, New York

                                                      **LORNA G. SCHOFIELD**
                                               **UNITED STATES DISTRICT JUDGE**