UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
THI MEDICAL, S.A.C.,                                        :
                                    Plaintiff,              :       21 Civ. 03979 (LGS)
                                                            :
              -against-                                     :       ORDER
                                                            :
PPE SOLUTIONS GROUP, LLC, et al.,                           :
                                    Defendants.             :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, there is an initial pretrial conference and a Show Cause hearing scheduled for September 16, 2021, at 11:15 a.m. It is hereby

**ORDERED** that the initial pretrial conference and Show Cause hearing scheduled for September 16, 2021, at 11:15 a.m., are adjourned to **September 16, 2021, at 11:30 a.m**, on the following conference line: 888-363-4749, Access Code: 558-3333.

Dated:  September 15, 2021
        New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE