UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
THI MEDICAL, S.A.C.,

        Plaintiff,  :  21 Civ. 03979 (LGS)

   -against-  :  ORDER

PPE SOLUTIONS GROUP, LLC, et al.,
        Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

  WHEREAS, pursuant to the Civil Case Management Plan and Scheduling Order between Plaintiff and Defendant Claudio Torres (Dkt. No. 97), a case management conference is scheduled for December 16, 2021, at 11:00 a.m.

  WHEREAS, Torres was dismissed from this action on September 30, 2021 (Dkt. No. 101). It is hereby

  **ORDERED** that the conference scheduled for December 16, 2021, is **cancelled**.

Dated: December 10, 2021
   New York, New York

              _____
              LORNA G. SCHOFIELD
              UNITED STATES DISTRICT JUDGE