UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
THI MEDICAL, S.A.C.,
                              Plaintiff,    :         21 Civ. 3979 (LGS)

              -against-               :         ORDER

PPE SOLUTIONS GROUP, LLC, et al.,
                            Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on December 27, 2021, Plaintiff's counsel's motion to withdraw was granted, and Plaintiff was advised that the case would be dismissed for failure to prosecute if Plaintiff did not retain an attorney to act on its behalf by January 31, 2022.

WHEREAS, on January 27, 2022, Plaintiff's CEO submitted the attached request for an extension to obtain new counsel by hand delivery.  It is hereby

**ORDERED** that Plaintiff's request for an extension is **GRANTED**.  If Plaintiff does not obtain an attorney to act on its behalf in this case by **March 2, 2022**, the case will be dismissed for failure to prosecute.  It is further

**ORDERED** that by **February 2, 2022,** Defendant shall serve a copy of this order on Plaintiff by email and regular mail, and file proof of such service.

Dated: January 31, 2022
       New York, New York

                                                     LORNA G. SCHOFIELD
                                                 UNITED STATES DISTRICT JUDGE

January 27, 2022

**_Via Hand Delivery_**

Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    **THI Medical, S.A.C. v. PPE Solutions Group, LLC et al. (21:cv-03979-LGS)**

Dear Judge Schofield:

    My name is John Seminario, and I am the CEO of THI Medical, S.A.C. a company based in Lima, Peru, which is where I also reside. On December 27, 2021, you granted Diaz, Reus & Targ's motion to withdraw as THI Medical, S.A.C.'s counsel, and provided the company until January 31, 2022, to obtain new counsel. Due to the holiday season and the Omicron variant, our offices have been closed. THI is still in the process of trying to find counsel and requests that this court extend THI's deadline to obtain new counsel for thirty (30) days, until March 2, 2022.

    I apologize to the court for any inconvenience that this request may cause, and I greatly appreciate your time and consideration in this matter. Should you need any further information, I am available at the court's convenience.

Sincerely,

THI MEDICAL SAC
John. A. Seminario Salazar
Representante Legal

John Seminario Salazar

Calle Domingo de la Presa 252
Santiago de Sucro 15023, Peru
+ 51-988-071-487
jseminario@thi-medical.com

## CERTIFICATE OF SERVICE

I certify that on January 27, 2022, I mailed a true and correct copy of the foregoing document to all parties listed below:

Kerry Brainard Verdi
Verdi & Ogletree PLLC
1325 G Street, NW, Suite 500
Washington, DC 2000
Telephone: (202) 449-7703
kverdi@verdiogletree.com

*Counsel for Defendants PPE Solutions Group, LLC, Kyle Barnette, JPJD2020, LLC & Yohan Park*

THI MEDICAL SAC
John. A. Seminario Salazar
Representante Legal

*/s/ John Seminario Salazar*
John Seminario Salazar

2