UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THI MEDICAL, S.A.C.,
                               Plaintiff,            21 Civ. 3979 (LGS)

-against-                               ORDER

PPE SOLUTIONS GROUP, LLC, et al.,
                               Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on September 17, 2021, Defendants' motion to compel arbitration was granted, and the parties were directed to file joint letters regarding the status of arbitration every forty-five (45) days.

      WHEREAS, on December 30, 2021, Defendants filed a letter stating that they were unaware of any steps taken by Plaintiff's former counsel to initiate arbitration prior to withdrawing as counsel in this action. It is hereby

      **ORDERED** that by **February 24, 2022**, the parties shall file a joint letter describing the steps they have taken to initiate arbitration and when arbitration is expected to begin. Alternatively, if Plaintiff does not intend to commence arbitration, it should so inform the court and the case will be dismissed.

Dated: February 17, 2022
       New York, New York

                                                    LORNA G. SCHOFIELD
                                                    UNITED STATES DISTRICT JUDGE