UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THI MEDICAL, S.A.C.,

                     Plaintiff,   :   21 Civ. 3979 (LGS)

        -against-   :   ORDER

PPE SOLUTIONS GROUP, LLC, et al.,

                     Defendants.  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, by Order dated February 25, 2022, Plaintiff was directed to file proof of its case filing and demand for arbitration filed with the American Association of Arbitration by March 4, 2022.

      WHEREAS, Plaintiff has not filed proof of its case filing and demand for arbitration.  It is hereby

      **ORDERED** that by **March 9, 2022**, Plaintiff shall file proof of its case filing and demand for arbitration or a letter explaining either that it does not intend to do so, or why it has not done so.  Failure to comply with this order will result in dismissal of the case for failure to prosecute.

Dated:  March 7, 2022
       New York, New York

                                               LORNA G. SCHOFIELD
                                           UNITED STATES DISTRICT JUDGE