UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

|  |  |  |
|---|---|---|
| THI MEDICAL, S.A.C., | : | |
| Plaintiff, | : | 21 Civ. 3979 (LGS) |
| | : | |
| -against- | : | ORDER |
| | : | |
| PPE SOLUTIONS GROUP, LLC, et al., | : | |
| Defendants. | : | |

------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated February 25, 2022, the parties were directed to file a letter by April 11, 2022, and every forty-five (45) days thereafter, regarding the status of arbitration.

WHEREAS, no status letter was filed.  It is hereby

**ORDERED** that by **April 14, 2022**, the parties shall file a letter regarding the status of arbitration.

Dated: April 12, 2022
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**