UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
THI MEDICAL, S.A.C.,

                        Plaintiff,                21 Civ. 3979 (LGS)

         -against-                         ORDER

PPE SOLUTIONS GROUP, LLC, et al.,

                      Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, by Order dated February 25, 2022, the parties were directed to file a letter by April 11, 2022, and every forty-five (45) days thereafter, regarding the status of arbitration.

WHEREAS, the most recent letter was due on May 30, 2022.

WHEREAS, no status letter was filed. It is hereby

**ORDERED** that by **June 7, 2022**, the parties shall file a letter regarding the status of arbitration.

Dated: June 2, 2022
       New York, New York