UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
:
THI MEDICAL, S.A.C., :
                    Plaintiff, :
: 21 Civ. 3979 (LGS)
      -against- :
: ORDER
PPE SOLUTIONS GROUP, LLC, et al., :
                  Defendants. :
:
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated June 27, 2022, required the parties to file a joint letter regarding the status of arbitration every sixty (60) days;

    WHEREAS, the status letter was due on April 25, 2023;

    WHEREAS, the parties failed to timely submit the letter.  It is hereby

    **ORDERED** that, by **May 5, 2023**, the parties shall file the status letter.

Dated: May 1, 2023
       New York, New York

                                            **LORNA G. SCHOFIELD**
                                            **UNITED STATES DISTRICT JUDGE**