```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                              :
THI MEDICAL, S.A.C.,                                          :
                                    Plaintiff,                :
                                                              :    21 Civ. 3979 (LGS)
                   -against-                                  :
                                                              :          ORDER
PPE SOLUTIONS GROUP, LLC, et al.,                             :
                                    Defendants.               :
                                                              :
------------------------------------------------------------- X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the Order dated June 27, 2022, required the parties to file a joint letter regarding the status of arbitration every sixty (60) days;

WHEREAS, the status letter was due on July 5, 2023;

WHEREAS, the parties failed to timely submit the letter.  It is hereby

**ORDERED** that, by **July 14, 2023**, the parties shall file the status letter.

Dated: July 11, 2023
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**