UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THI MEDICAL, S.A.C.,
                         Plaintiff,

-against-

PPE SOLUTIONS GROUP, LLC, et al.,
                        Defendants.
------------------------------------------------------------X

21 Civ. 3979 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, on July 14, 2023, Plaintiff's counsel filed a motion to withdraw as counsel;

    WHEREAS, the order dated July 18, 2023, directed Plaintiff to file by July 28, 2023, a response to the motion, not to exceed three pages, indicating whether it objects to the motion and, if so, on what grounds. The letter shall also state the amount of time it would need to retain new counsel should the motion to withdraw be granted;

    WHEREAS, no such letter has been filed. It is hereby

    **ORDERED** that, by **August 18, 2023**, Plaintiff shall file the letter. Plaintiff's counsel shall email or otherwise send a copy of this Order to Plaintiff as soon as possible and in no event later than **August 4, 2023**, and shall file proof of service on the docket by the same. If Plaintiff does not respond to this second order, the case may be dismissed without prejudice for failure to prosecute.

Dated: August 2, 2023
        New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE