UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                                  :

THI MEDICAL, S.A.C.,                           :
                      Plaintiff,   :
                                 :        21 Civ. 3979 (LGS)
              -against-                :
                                 :        <u>ORDER</u>
PPE SOLUTIONS GROUP, LLC, et al.,    :
                     Defendants. :
                                 :
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, an order dated August 18, 2023, granted the motion by Ruth Rauls and Hilda Piloto of Saul Ewing LLP to withdraw as Plaintiff's counsel;

      WHEREAS, an order dated August 18, 2023, directed Plaintiff to file a letter by October 6, 2023, regarding its efforts to retain new counsel;

      WHEREAS, no such letter has been filed.  It is hereby

      **ORDERED** that, by **November 3, 2023**, Plaintiff shall file the letter.  If Plaintiff does not respond to this Order, the case may be dismissed without prejudice for failure to prosecute.

Dated: October 27, 2023
       New York, New York

                                                  LORNA G. SCHOFIELD
                                             UNITED STATES DISTRICT JUDGE