UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
THI MEDICAL, S.A.C.,

                            Plaintiff,

-against-

PPE SOLUTIONS GROUP, LLC, et al.,

                            Defendants.
------------------------------------------------------------X

21 Civ. 3979 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, an order dated August 18, 2023, granted the motion by Ruth Rauls and Hilda Piloto of Saul Ewing LLP to withdraw as Plaintiff's counsel;

    WHEREAS, an order dated August 18, 2023, directed Plaintiff to file a letter by October 6, 2023, regarding its efforts to retain new counsel;

    WHEREAS, no such letter was filed by October 6, 2023;

    WHEREAS, an order dated October 27, 2023, directed Plaintiff to file such letter by November 3, 2023, and advised Plaintiff that failure to comply with the order may result in dismissal of the case without prejudice for failure to prosecute;

    WHEREAS, copies of both orders were emailed to Plaintiff at jseminario@thi-medical.com, as advised by former counsel for Plaintiff in their withdrawal motion at Dkt. 147, but no such letter has been filed to date.  It is hereby

    **ORDERED** that, by **December 1, 2023**, Plaintiff shall file the letter.  If Plaintiff does not respond to this Order, the case will be dismissed without prejudice for failure to prosecute.

Dated: November 21, 2023
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE